UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,          :
          :
      -v-          :      16-CR-824-1 (JMF)
          :
STERLING ANDERSON,          :      <u>ORDER</u>
          :
      Defendant.          :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 8, 2020, the Court received a motion from Defendant Sterling Anderson, proceeding *pro se*, seeking a reduction of his sentence in light of the COVID-19 pandemic.  *See* ECF No. 74.  Upon review of the motion, the Court concludes that it would be appropriate to appoint counsel for Defendant.  The Court contacted Defendant's former CJA counsel to see if he would be able and willing to handle it.  Having moved, he is unable to do so, but he advised the Court that Yehudah Gordon and J. Bruce Maffeo (the latter of whom was previously a member of the CJA Panel) had expressed a willingness to handle the case *pro bono* (*i.e.*, without charge).  The Court contacted Mr. Gordon, who confirmed that that was the case.

      Accordingly, unless and until Defendant objects, Mr. Gordon and Mr. Maffeo are — with the Court's thanks for their service — appointed to represent Defendant in connection with the motion he filed and any other application relating to COVID-19.  Mr. Gordon and Mr. Maffeo shall immediately contact Defendant by telephone to advise him of this Order and confirm that he is willing to be represented by them (his alternatives being to continue to proceed *pro se* or to retain counsel), and they shall promptly file a letter indicating whether Defendant consents or objects to their representation.  Unless and until the Court orders otherwise, they shall file any

supplemental papers on Defendant's behalf no later than **May 19, 2020**.  The Government shall file any opposition by **May 22, 2020**, and Defendant shall file any reply by **May 27, 2020**.

    SO ORDERED.

Dated: May 13, 2020
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge